

# Fourth Court of Appeals
## San Antonio, Texas

December 27, 2022

No. 04-22-00529-CR

Jenelius O. **CREW**,
Appellant

v.

The **STATE** of Texas,
Appellee

From the 187th Judicial District Court, Bexar County, Texas
Trial Court No. 2017CR12785
Honorable Stephanie R. Boyd, Judge Presiding

# O R D E R

On December 20, 2022, appellant filed his Third Motion for Extension of Time to File Brief. On that same day, appellant filed the brief. We **GRANT** the motion and **DEEM** the brief timely filed.

_____
Beth Watkins, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 27th day of December, 2022.

_____
MICHAEL A. CRUZ, Clerk of Court